DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MARCUS ADAM SNIPES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1392

_____

September 24, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michael S. Williams, Judge.

PER CURIAM.

Affirmed.  *See Johnson v. State*, 60 So. 3d 1045 (Fla. 2011);

*Lykins v. State*, 894 So. 2d 302 (Fla. 3d DCA 2005); *Thomas v.*

*State*, 778 So. 2d 429 (Fla. 5th DCA 2001).

CASANUEVA, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.